IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LYNN BARNHILL, as Wrongful Death Act
Representative of the Estate of AIDA MUSA, Deceased and
AZIZ K. MUSA, and TARIQ MUSA and OMAR MUSA,

      Plaintiffs,

vs.                                               NO. CV 10-634 BB/ACT

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS PUNITIVE DAMAGE CLAIMS

THIS MATTER having come before the Court upon the parties Unopposed Motion to Dismiss [126], and the Court being fully advised, FINDS that the Motion is well-taken.

IT IS THEREFORE ordered that the Unopposed Motion to Dismiss, is hereby granted.

*Bruce D. Black*

UNITED STATES DISTRICT JUDGE
BRUCE D. BLACK