THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LYNN BARNHILL, as Wrongful Death Act
Representative of the Estate of Aida Musa, Deceased, and
AZIZ K. MUSA, TARIQ MUSA, and OMAR MUSA,

    Plaintiffs,

vs.    No.   10-CV-00634 BB/ACT

BMW OF NORTH AMERICA, LLC, and
BAYERISCHE MOTOREN WERKE AG,

    Defendants.

### JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their attorneys of record, hereby jointly move the Court for an Order dismissing with prejudice all claims and causes of action raised in the Second Amended Complaint against Defendants, or which could have been raised therein, because all matters in controversy have been fully and confidentially settled and compromised between Plaintiffs and Defendants, with all parties bearing their own costs and fees.

WHEREFORE, Plaintiffs and Defendants request that the Second Amended Complaint and all claims and causes of action which were or could have been raised therein against any of Defendants be dismissed with prejudice, with all parties to bear their own costs and fees.

    RODEY, DICKASON, SLOAN, AKIN & ROBB, PA

    By: _____
        Jeffrey M. Croasdell
        Todd E. Rinner
    *Attorneys for BMW NA and BMW AG*
    Post Office Box 1888
    Albuquerque, NM 87103
    (505) 765-5900 Telephone
    (505) 768-7395 Fax

**JOINING MOTION:**

By: <u>approval received via email on November 2, 2011</u>
Robert Ammons
David Kirby
The Ammons Law Firm
3700 Montrose Blvd.
Houston, TX 77006

Patrick Casey
Patrick A. Casey, PA
PO Box 2436
Santa Fe, NM 87504-2436
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**:
I hereby certify that a true and correct copy of the foregoing pleading, with attachments, if any, was served on all counsel of record via the Court's CM/ECF electronic filing system on the <u>2nd</u> day of November, 2011.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
Todd Rinner