IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LYNN BARNHILL, as Wrongful Death Act
Representative of the Estate of Aida Musa, Deceased, and
AZIZ K. MUSA, TARIQ MUSA, and OMAR MUSA,

    Plaintiffs,

vs.  No.  10-CV-00634 BB/ACT

BMW OF NORTH AMERICA, LLC, and
BAYERISCHE MOTOREN WERKE AG,

    Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiffs' and Defendants' Joint Motion to Dismiss With Prejudice, it being a motion to dismiss the claims against Defendants with prejudice on grounds that all matters in controversy have been fully and confidentially settled and compromised between all of the parties, and the Court having been fully advised in the premises;

THE COURT HEREBY FINDS that the Motion is well taken and should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Second Amended Complaint and all claims and causes of action which were or could have been raised therein against all named Defendants, be, and the same hereby are, dismissed **with prejudice**, with the parties to bear their own costs and fees.

_____
THE HONORABLE BRUCE D. BLACK
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER SUBMITTED BY:**

By: /s/ *signature*

<u>Jeffrey M. Croasdell</u>
<u>Todd E. Rinner</u>
<u>RODEY, DICKASON, SLOAN, AKIN & ROBB, PA</u>
<u>Post Office Box 1888</u>
<u>Albuquerque, NM 87103</u>
<u>(505) 765-5900 Telephone</u>
<u>(505) 768-7395 Fax</u>
*Attorneys for BMW NA and BMW AG*

**ORDER APPROVED BY:**

<u>By: approval received via email on November 2, 2011</u>
Robert Ammons
David Kirby
The Ammons Law Firm
3700 Montrose Blvd.
Houston, TX 77006

Patrick Casey
Patrick A. Casey, PA
PO Box 2436
Santa Fe, NM 87504-2436
*Attorneys for Plaintiffs*